# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ELDON E. SPRAGUE  
981 CONSTANCE LANE, UNIT #F   SSN-xxx-xx-0719  
SYCAMORE, IL  60178

Case Number: 05-74033

Case filed on: 8/10/2005  
Plan Confirmed on: 2/22/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $24,637.62          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY M KRASNER | 2,388.00 | 2,388.00 | 2,388.00 | 0.00 |
|  | Total Legal | 2,388.00 | 2,388.00 | 2,388.00 | 0.00 |
| 013 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ELDON E. SPRAGUE | 0.00 | 0.00 | 106.49 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 106.49 | 0.00 |
| 001 | DELL FINANCIAL | 1,393.98 | 1,393.98 | 1,393.98 | 0.00 |
| 002 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | 13,247.54 | 6,330.78 | 6,330.78 | 0.00 |
| 012 | MOTOROLA EMPLOYEES CREDIT UNION | 20,573.17 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 35,214.69 | 7,724.76 | 7,724.76 | 0.00 |
| 002 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN GENERAL FINANCIAL SERVICES | 3,066.54 | 3,066.54 | 3,066.54 | 0.00 |
| 004 | BEST BUY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | SHERMAN ACQUISITION LP | 1,154.55 | 1,154.55 | 1,154.55 | 0.00 |
| 006 | HOUSEHOLD BANK (SB), N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 7,007.22 | 7,007.22 | 7,007.22 | 0.00 |
| 008 | MUSICIAN'S FRIEND | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 1,796.59 | 1,796.59 | 1,796.59 | 0.00 |
| 010 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,024.90 | 13,024.90 | 13,024.90 | 0.00 |
|  | Grand Total: | 50,627.59 | 23,137.66 | 23,244.15 | 0.00 |

Total Paid Claimant:       $23,244.15  
Trustee Allowance:         $1,393.47         Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:         100.00      discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008             By  /s/Heather M. Fagan